UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

GARY WILLIAM CARLTON,                                  Case No.: 20-20284-PDR
           Debtor      /                                     Chapter 13

**DEBTOR'S MOTION TO REDUCE INTEREST RATE
WITH AMERICAN HONDA FINANCE CORPORATION**

The Debtor, GARY WILLIAM CARLTON, by and through undersigned counsel, moves for the entry of an Order reducing the interest rate for the outstanding balance owed to American Honda Finance Corporation (the "Secured Creditor") for the 2016 Honda Civic Tourist, VIN: 2HGFC1F99GH630068 (the "Vehicle") and in support thereof, states as follows:

1. On September 23, 2020, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. At the time of the filing, the Debtor listed an ownership interest in the Vehicle, with an outstanding secured claim in the amount of $12,145.00 and a value of $15,225.00.

3. At the time of the purchase, the Debtor's liability to Secured Creditor was to be paid at an annual interest rate of 5.55%.

4. In re: *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004) permits a Debtor to reduce the interest rate on the Vehicle to 2% above the prime rate.

5. On September 28, 2020, Secured Creditor filed Proof of Claim #1 with a secured claim in the amount of $11,052.79.

6. The Debtor's First Amended Chapter 13 Plan (the "1AP"; DE #14) requests a full payoff of the Vehicle, but at a rate of 5.25%, which is 2% above the current prime interest rate of

3.25%.

7. The Debtor requests that the interest rate to be paid to the Secured Creditor be reduced to the 5.25% as offered in the 1AP.

WHEREFORE, the Debtor requests the entry of an Order allowing the balance owed to American Honda Finance Corporation be paid at the reduced interest rate of 5.25%, throughout the lifetime of the proposed Plan, and for such other and further relief as this Court deems just and proper.

Respectfully submitted on this 5th day of October 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500